No. 5,881.—STATE EX REL. JOHN LINDSAY ET AL., RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control directed to the District Court of Silver Bow County and George B. Winston, Judge presiding, in a cause entitled *Anna Gravelin*

v. *Marie Porier et al.,* to compel respondents to set aside the judgment therein rendered.

Decided January 4, 1926.

PER CURIAM.—The relators' application for a writ of supervisory control or other appropriate writ is denied.

*Mr. J. E. Healy* and *Mr. A. C. McDaniel,* for Relators.